IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL CASE NUMBER: |
| v. | : | 1:21-CR-240-JPB-JSA |
| RASAAN LARRIER, | : | |
| Defendant. | : | |

## REPORT AND RECOMMENDATION

Defendant has moved to dismiss the indictment in this case, which charges him with violating the Sex Offender Registration and Notification Act ("SORNA") by failing to register a conviction. *See* Motion [16]. Defendant argues that SORNA itself did not require reporting of his sex offense conviction in his circumstance, where the allegedly reportable conviction pre-dated enactment of SORNA. Defendant acknowledges that implementing regulations issued by the Attorney General require notification of such a conviction, but Defendant argues that such regulations are unconstitutional under the nondelegation doctrine. Thus, Defendant argues that the application of SORNA to his circumstances is unconstitutional and that the Indictment should therefore be dismissed.

As Defendant further acknowledges, however, current controlling Supreme Court precedent has decided this exact issue against him. *See Gundy v. United States*, 139 S.Ct. 2116 (2019). In other words, *Gundy* held that SORNA's

1

delegation of authority to the Attorney General to decide registration requirements related to individuals with sex offenses pre-dating SORNA itself was not unconstitutional under the nondelegation doctrine. *Id*. Defendant, however, believes based on the voting pattern behind the plurality decision in *Gundy* and the reasoning of the concurring and dissenting opinions that the Court may revisit this issue and decide in his favor in the future. Thus, Defendant has filed his motion to dismiss for purposes of preserving this argument, with the understanding (and the candid acknowledgement) that the Court must deny it based on current law. Thus, the Court recommends exactly that, i.e., that the Motion to Dismiss [16] be denied based on *Gundy*.

## CONCLUSION

For the reasons explained above, the Court **RECOMMENDS** that Defendant's Motion to Dismiss [16] be **DENIED**. The matter is ready for trial.

IT IS SO **RECOMMENDED** this 14th day of October, 2021.

_____
**JUSTIN S. ANAND**
**UNITED STATES MAGISTRATE JUDGE**