UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

RASAAN LARRIER,

Defendant.

CRIMINAL ACTION NO.
1:21-CR-00240-JPB-JSA

## **ORDER**

This matter comes before the Court on the Magistrate Judge's Report and

Recommendation [Doc. 19].  This Court finds as follows:

On June 15, 2021, a grand jury indicted Rasaan Larrier ("Defendant") for

one count of failing to register and update his registration as a sex offender in

violation of the Sex Offender Registration and Notification Act ("SORNA"), 18

U.S.C. § 2250(a).  [Doc. 1].  On September 10, 2021, Defendant filed a Motion to

Dismiss Indictment on the grounds that SORNA unconstitutionally delegates

authority to the Attorney General to establish certain registration requirements.

[Doc. 16].  On October 14, 2021, Magistrate Judge Justin S. Anand recommended

denying the Motion to Dismiss Indictment because the United States Supreme

Court has upheld the constitutionality of SORNA's provision delegating authority

to the Attorney General.  [Doc. 19, pp. 1–2]; see Gundy v. United States, 139 S.

Ct. 2116, 2129–30 (2019).  Defendant filed an objection on October 29, 2021,

wherein he admitted that this Court is bound by Supreme Court precedent but

expressed an intent to "maintain[] his argument for the purposes of future

litigation."  [Doc. 22, p. 1].

A district judge has broad discretion to accept, reject or modify a magistrate

judge's proposed findings and recommendations.  United States v. Raddatz, 447

U.S. 667, 680 (1980).  Pursuant to 28 U.S.C. § 636(b)(1), this Court has reviewed

the Report and Recommendation for clear error and finds none.  Accordingly, the

Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 19] as

the judgment of this Court.  For the reasons stated in the Report and

Recommendation, Defendant's Motion to Dismiss Indictment [Doc. 16] is

**DENIED**.

**SO ORDERED** this 11th day of April, 2022.

J. P. BOULEE
United States District Judge

2